(Official Form 1) (9/97) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_SOUTHERN_ District of _CALIFORNIA_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Almanza, Jesse Dominguez** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Almanza, Rita Lona** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**NONE** |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1873 Paseo Del Lago**<br>**Vista CA  92083** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1873 Paseo Del Lago**<br>**Vista CA  92083** |
| County of Residence or of the<br>Principal Place of Business: **San Diego** | County of Residence or of the<br>Principal Place of Business: **San Diego** |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address):<br>**SAME** |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): **NOT APPLICABLE** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| [X] Individual(s) | [ ] Railroad | [ ] Chapter 7 | [ ] Chapter 11 | [X] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 | |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding | | |
| [ ] Other_____ | | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| [X] Consumer/Non-Business | [ ] Business | [X] Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101

[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

---

**Statistical/Administrative Information** (Estimates only)

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.

[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

THIS SPACE IS FOR COURT USE ONLY

```
Case # : 99-02584-B13
Name   : ALMANZA
Judge  : PETER BOWIE
Chapter: 13
--------------------------------
Filed  : 03/10/99      @ 2:20pm
Deputy : P TOWNSEND
Receipt: 00112912
Amount : $160.00

RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Southern District of California
```

(Official Form 1) (9/97) West Group, Rochester, NY

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Jesse Dominguez Almanza and*<br>*Rita Lona Almanza* | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief avaiable under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*3/5/99*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

*William J. Howell 71275*
Printed Name of Attorney for Debtor(s)

*WILLIAM J. HOWELL, APC*
Firm Name

*9747 Businesspark Avenue*
Address

*San Diego CA  92131*

*619-271-4793*     *3/5/99*
Telephone Number        Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be competed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)

*3/5/99*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *Jesse Dominquez Almanza and Rita Lona Almanza*        Case No.
                                                            Chapter   *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $ 270,000.00 | | |
| B-Personal Property | Yes | 2 | $ 35,800.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 233,000.00 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 14,242.18 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,706.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,635.00 |
| Total Number of Sheets in All Schedules ▶ | | 12 | | | |
| Total Assets ▶ | | | $ 305,800.00 | | |
| Total Liabilities ▶ | | | | $ 247,242.18 | |

FORM B6A (10/89) West Group, Rochester, NY

In re _Jesse Dominquez Almanza and Rita Lona Almanza_____ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Res: 1873 Paseo Del Lago, Vista, CA | Equitable Interest | | $ 270,000.00 | $ 202,000.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | 270,000.00 | |

FORM B6B (10/89) West Group, Rochester, NY

In re _Jesse Dominguez Almanza and Rita Lona Almanza_                / Debtor          Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Household Goods and Furnishings_ _Location: Debtors Possession_ | J | $ 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Books, Pictures_ _Location: Debtors Possession_ | J | $ 1,000.00 |
| 6. Wearing apparel. | | _Wearing Apparel_ _Location: Debtors Possession_ | J | $ 700.00 |
| 7. Furs and jewelry. | | _Jewelry_ _Location: Debtors Possession_ | J | $ 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Page _1_ of _2_

In re _Jesse Dominquez Almanza and Rita Lona Almanza_    / Debtor     Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1997 Chevrolet Lumina LS Sedan 4Dr 11,000 Miles_ <br> _Location: Debtors Possession_ <br><br> _1998 Oldsmobile  88 Sedan 4 Dr  11,000 Miles_ <br> _Location: Debtors Possession_ | J <br><br><br> J | $ 15,000.00 <br><br><br> $ 16,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircarft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page   _2_   of   _2_            Total →    | $ 35,800.00

(Report total also on Summary of Schedules.)<br>Include amounts from any continuation sheets attached.

In re *Jesse Dominquez Almanza and Rita Lona Almanza*          / Debtor          Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Res: 1873 Paseo Del Lago, Vista, CA* | *Calif. C.C.P. §704.730* | $ 68,000.00 | $ 270,000.00 |
| *1997 Chevrolet Lumina LS Sedan 4Dr 11,000 Miles* | *Calif. C.C.P. §704.010* | $ 0.00 | $ 15,000.00 |
| *Household Goods and Furnishings* | *Calif. C.C.P. §704.020(a)(1)* | $ 3,000.00 | $ 3,000.00 |
| *Wearing Apparel* | *Calif. C.C.P. §704.020(a)(1)* | $ 700.00 | $ 700.00 |
| *Books, Pictures* | *Calif. C.C.P. §704.060* | $ 1,000.00 | $ 1,000.00 |
| *Jewelry* | *Calif. C.C.P. §704.040* | $ 100.00 | $ 100.00 |

FORM B6D (6/90) West Group, Rochester, NY

In re *Jesse Dominguez Almanza and Rita Lona Almanza* _____/ Debtor          Case No. _____
                                                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  0012047072<br>Creditor # : 1<br>*FT Mortgage*<br>*PO Box 780969*<br>*Dallas TX 75378* | | 10/20/97<br>*1st Deed of Trust*<br>*Res: 1873 Paseo Del Lago, Vista,*<br>*CA ,*<br><br>Value: $ 270,000.00 | | | | $ 189,000.00 | $ 0.00 |
| Account No: <br><br>Representing:<br>FT Mortgage | | *Lonestar Mortgage Services*<br>*15000 Surveyor Blvd., Ste 250*<br>*Addison TX 75001*<br><br>Value: | | | | | |
| Account No:  028305-1564<br>Creditor # : 2<br>*First Plus Finanical Services*<br>*PO Box 36668*<br>*Dallas TX 75235-1668* | J | *2nd Deed of Trust*<br>*Res: 1873 Paseo Del Lago, Vista,*<br>*CA*<br><br>Value: $ 270,000.00 | | | | $ 13,000.00 | $ 0.00 |
| Account No: <br>Creditor # : 3<br>*GMAC*<br>*PO Box 11905*<br>*Santa Ana CA 92711* | J | 10/97<br>*Purchase Money Security*<br>*1997 Chevy Lumina LS Sedan 4 Dr*<br>*11,000 Miles*<br><br>Value: $ 15,000.00 | | | | $ 15,000.00 | $ 0.00 |
| Account No:  071-0832-83170<br>Creditor # : 4<br>*GMAC*<br>*PO Box 11905*<br>*Santa Ana CA 92711* | J | 11/98<br>*Purchase Money Security*<br>*1998 Oldsmobile, 88  Sedan 4 Dr*<br>*11,000 Miles*<br><br>Value: $ 16,000.00 | | | | $ 16,000.00 | $ 0.00 |

No continuation sheets attached

Subtotal $    233,000.00
(Total of this page)

Total $    233,000.00
(Use only on last page. Report  total also on Summary of Schedules)

FORM B6E (4/98) West Group, Rochester, NY

In re _Jesse Dominquez Almanza and Rita Lona Almanza_ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**

Check the appropriate box(es) below if claims in that category are listed on the attached sheets.

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commisions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (9/97) West Group, Rochester, NY

In re _Jesse Dominguez Almanza and Rita Lona Almanza_ _____ / Debtor        Case No. _____
                                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  6019-4434-0006-0347 <br><br> Creditor # : 1 <br> AAFES <br> PO Box 4282 <br> Carol Stream IL 60197-4282 | J | 1989 <br> Credit Card Purchases | | | | $ 874.00 |
| Account No.  4121-7413-2616-8106 <br><br> Creditor # : 2 <br> Capital One Visa <br> 1957 Westmoreland Rd. <br> Richmond VA 23276-5617 | H | 1990 <br> Credit Card Purchases | | | | $ 402.26 |
| Account No.  6011 0005 7016 9676 <br><br> Creditor # : 3 <br> Discover Card Services <br> PO Box 29019 <br> Phoenix AZ 85038-9019 | J | 1997 <br> Credit Card Purchases | | | | $ 3,000.00 |
| Account No.  071-2985-25352 <br><br> Creditor # : 4 <br> GMAC <br> PO Box 173793 <br> Denver CO 80217-3793 | C | 1996 <br> Early Lease Termination <br> 1996 Chevy Blazer, Leased | | | | $ 2,449.87 |
| Account No.  6218-0506-2509-1889 <br><br> Creditor # : 5 <br> Nexcard <br> PO Box 2050 <br> Huntington Stat. NY 11746-8905 | H | 1991 <br> Credit Card Purchases | | | | $ 2,031.46 |

_1_ continuation sheets attached

Subtotal $ (Total of this page)                                8,757.59

Total $ (Report total also on Summary of Schedules)

In re _Jesse Dominguez Almanza and Rita Lona Almanza_ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **File # 0402**<br>Creditor # : 6<br>Patti Ratekin<br>410 S. Melrose Drive, Ste. 102<br>Vista CA 92083 | J | 12/98<br>Attorney Fees | | | | $ 861.25 |
| Account No: **4479-4824-0048-4354**<br>Creditor # : 7<br>Providian<br>Po Box 194850<br>San Francisco CA 94119-4850 | J | 1997<br>Credit Card Purchases | | | | $ 2,325.61 |
| Account No: **1000-86404**<br>Creditor # : 8<br>San Luis Rey Hospital<br>335 Saxony Rd<br>Encinitas CA 92024 | J | 1994<br>Medical Bills | | | | $ 2,297.73 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | 5,484.59 |
| **Total $**<br>(Report total also on Summary of Schedules) | 14,242.18 |

FORM B6G (10/89) West Group, Rochester, NY

In re *Jesse Dominguez Almanza and Rita Lona Almanza*                     / Debtor          Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

Page ___1___ of ___1___

FORM B6H (6/90) West Group, Rochester, NY

In re _Jesse Dominquez Almanza and Rita Lona Almanza_ _____ / Debtor        Case No. _____

                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (6/90) West Group, Rochester, NY

In re _Jesse Dominquez Almanza and Rita Lona Almanza_ / Debtor    Case No. _____

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| _Married_ | NAMES | AGE | RELATIONSHIP |
| | _Aja_ | _19_ | _Daught/FT Studt_ |
| | _Corey_ | _10_ | _Step-son_ |
| | _Jesse_ | _9_ | _Son_ |
| | _Britan_ | _13_ | _Step-Son_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Program Manager_ | _LVN_ |
| Name of Employer | _Eye Counseling & Crisis Svcs_ | _Life Car Nursing Home_ |
| How Long Employed | _2 1/2 Years_ | _15 Years_ |
| Address of Employer | _255 N. Ash_ _Escondido CA    92027_ | _1980 S. Felicital_ _Escondido CA    92025_ |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ _3,169.00_ | $ _3,987.00_ |
| Estimated Monthly Overtime | $ _0.00_ | $ _0.00_ |
| SUBTOTAL | $ _3,169.00_ | $ _3,987.00_ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ _727.00_ | $ _959.00_ |
| b. Insurance | $ _34.00_ | $ _0.00_ |
| c. Union Dues | $ _0.00_ | $ _0.00_ |
| d. Other  (Specify): | $ _0.00_ | $ _0.00_ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ _761.00_ | $ _959.00_ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ _2,408.00_ | $ _3,028.00_ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ _0.00_ | $ _0.00_ |
| Income from Real Property | $ _0.00_ | $ _0.00_ |
| Interest and dividends | $ _0.00_ | $ _0.00_ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ _0.00_ | $ _0.00_ |
| Social Security or other government assistance | | |
| Specify: | $ _0.00_ | $ _0.00_ |
| Pension or retirement income | $ _1,270.00_ | $ _0.00_ |
| Other monthly income | | |
| Specify: | $ _0.00_ | $ _0.00_ |
| TOTAL MONTHLY INCOME | $ _3,678.00_ | $ _3,028.00_ |

TOTAL COMBINED MONTHLY INCOME    $ _____ _6,706.00_ _____
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FCRM B6J (6/90) West Group, Rochester, NY

In re  *Jesse Dominquez Almanza and Rita Lona Almanza* _____ / Debtor      Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,775.00 |
| Are real estate taxes included?   Yes ☒   No ☐ | | |
| Is property insurance included?   Yes ☒   No ☐ | | |
| Utilities: Electricity and heating fuel | $ | 150.00 |
|     Water and sewer | $ | 80.00 |
|     Telephone | $ | 75.00 |
|     Other  *Cable TV* | $ | 35.00 |
| Home maintenance (Repairs and upkeep) | $ | 175.00 |
| Food | $ | 719.00 |
| Clothing | $ | 200.00 |
| Laundry and dry cleaning | $ | 146.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 175.00 |
| Charitable contributions | $ | 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | 0.00 |
|     Life | $ | 10.00 |
|     Health | $ | 0.00 |
|     Auto | $ | 138.00 |
|     Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | 1,025.00 |
|     Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:  *Housekeeping Supplies* | $ | 82.00 |
| Other:  *Personal Care Products & Svcs* | $ | 75.00 |
| Other:  *Miscellaneous* | $ | 175.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) $ | | 5,635.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 6,706.00 |
| B. Total projected monthly expenses | $ | 5,635.00 |
| C. Excess Income (A minus B) | $ | 1,071.00 |
| D. Total amount to be paid into plan each:   *Monthly* | $ | 1,000.00 |



**DEFENSE FINANCE AND ACCOUNTING SERVICE**
PO BOX 99191
CLEVELAND OH 44199-1126

PRESORTED FIRST-CLASS
GYSGT JESSE D ALMANZA USMC RET
1873 PASEO ALMANZA
DEL LAGO VISTA CA  92083-0000

**DFAS-CL POINT OF CONTACT**

DEFENSE FINANCE AND ACCOUNTING SERVICE
CLEVELAND CENTER
PO BOX 99191
CLEVELAND, OHIO 44199-1126

TOLL-FREE 1-800-321-1080

COMMERCIAL (216) 522-5955

TOLL-FREE FAX 1-800-469-6559 (NOT FOR VOICE
COMMUNICATION)

TOLL-FREE NUMBER FOR CASUALTY REPORTING ONLY:
1-800-269-5170

**RETIREE ACCOUNT STATEMENT**

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | | SSN | |
|---|---|---|---|---|
| Nov 23, 1998 | JAN 04, 1999 | | 458 96 2920 | |

| PAY ITEM DESCRIPTION | ITEM | | FITW ITEM ALLOTMENTS/BONDS | |
|---|---|---|---|---|
| | OLD | NEW | OLD | NEW |
| GROSS PAY | 1,270.00 | 1,270.00 | 137.35 | 351.50 |
| TAXABLE INCOME | 1,270.00 | 1,270.00 | 137.23 | |

| | NET PAY | |
|---|---|---|
| | 975.42 | 761.15 |

YEAR-TO-DATE SUMMARY INFORMATION AS FOLLOWS:
TAXABLE INCOME: 15,240.00 FEDERAL INCOME TAX WITHHOLDING:  1,888.20

CO. FILE DEPT. CLOCK VCHR. NO.
XZK 001214 C00 0000070045 1

# Earnings Statement

ADP®

*ESCONDIDO YOUTH ENCOUNTER*
*200 N. ASH STREET*
*ESCONDIDO, CA. 92027*

Period Ending: 02/15/1999
Pay Date: 02/22/1999

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 3
  State: 3

**JESSE ALMANZA**
**1873 PASEO DEL LAGO**
**VISTA CA 92083**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1462.50 | 80.00 | 1,462.50 | 5,850.00 |
| Holiday | | 8.00 | | |
| Gross Pay | | | $1,462.50 | 5,850.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| R | 14.62 | 58.48 |
| Admin | | 80.00 |
| Sick Balance | | 200.00 |
| Vac. Balance | | 162.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -127.51 | 510.04 |
| | Social Security Tax | -90.67 | 362.70 |
| | Medicare Tax | -21.21 | 84.83 |
| | CA State Income Tax | -16.37 | 65.48 |
| | CA SUI/SDI Tax | -7.31 | 29.25 |
| | **Other** | | |
| | Checking | -1,199.43 | |
| | Mile | | -86.00 |
| | United Way | | 10.00 |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are
$1,462.50

THIS BLUE AREA OF THE DOCUMENT CHANGES SHADE GRADUALLY AND EVENLY WITH THE DARKER AREA ON TOP. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT AN ANGLE TO VIEW.



ESCONDIDO YOUTH ENCOUNTER
200 N. ASH STREET
ESCONDIDO, CA. 92027

Advice number: 00000070045
Pay date: 02/22/1999

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JESSE ALMANZA | 3818049573 | 3222 7003 | $1,199.43 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|-----|------|-------|-------|--------|--|
| P&W | 001694 | 611003 | 00051 | 0000038345 | 1 |

# Earnings Statement

**ADP**

*LIFE CARE CENTER OF ESCONDIDO*
*1980 SO. FELICITA RD.*
*ESCONDIDO, CA 92025*

Period Ending:     02/15/1999
Pay Date:          02/25/1999

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0
   State:   0

**RITA L. ALMANZA**
**1873 RASEO EDL LAGO**
**VISTA, CA 92083**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1993.41 | 86.67 | 1,993.41 | 7,789.64 |
| Holiday | | | | 184.00 |
| **Gross Pay** | | | **$1,993.41** | 7,973.64 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -260.55 | 1,042.20 |
| | Social Security Tax | -123.60 | 494.37 |
| | Medicare Tax | -28.91 | 115.62 |
| | CA State Income Tax | -56.47 | 225.88 |
| | CA SUI/SDI Tax | -9.97 | 39.87 |
| | **Net Pay** | | **$1,513.91** |

Your federal taxable wages this period are
$1,993.41

© 1991 ADP, Inc.

FORM B6 (6/90) West Group, Rochester, NY

In re _Jesse Dominquez Almanza and Rita Lona Almanza_ _____ / Debtor    Case No. _____
                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __13__ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _3/5/99_ _____        Signature X _____
                                              _Jesse Dominquez Almanza_


Date: _3/5/99_ _____        Signature X _____
                                              _Rita Lona Almanza_

Form 7 (10/89)  West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re *Jesse Dominquez Almanza*
　　　and
　　*Rita Lona Almanza*

Case No.
Chapter　*13*

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| *Year to date:* | *$6,338.00* | *Wages as of 2/28/99* |
| *Last Year:* | *$33,962.50* | *AGI* |
| *Year before:* | *$89,128.00* | *AGI* |

---

| | | |
|---|---|---|
| *Year to date:* | *$7,974.00* | *Wages as of 2/28/99* |
| *Last Year:* | *$45,706.92* | *AGI* |
| *Year before:* | *Incl w(H)* | *Included with Husband* |

---

Form 7 (10/89)  West Group, Rochester, NY

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  SOURCE

*Husband's Retirement Income*
*Year to date:   $2,540.00        Retirement Income as of 2/28/99*
*   Last Year:  $15,240.00        Retirement Income*
*Year before: $15,240.00         Retirement Income*

## 3a. Payments to creditors.

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3b.
List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4a. Suits and administrative proceedings, executions, garnishments and attachments.

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4b.
Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6a. Assignments and receiverships.

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6b.
List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (10/89)  West Group, Rochester, NY

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

☒ NONE

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

Form 7 (10/89)  West Group, Rochester, NY

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _3/5/99_       Signature X _____
                                  Jesse Dominquez Almanza

Date _3/5/99_       Signature X _____
                                  Rita Lona Almanza

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In re *Jesse Dominquez Almanza*
  *and*
*Rita Lona Almanza*

Case No.
Chapter *13*

_____ / Debtor

Attorney for Debtor: *William J. Howell 71275*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *1,500.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ *0.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ *1,500.00*

3.  $ *160.00* of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *3/5/99*

Respectfully submitted,

Attorney for Petitioner: *William J. Howell 71275*
*WILLIAM J. HOWELL, APC*
*9747 Businesspark Avenue*
*San Diego CA  92131*